UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
HARRY L. MCCRAY,

                Plaintiff,

    -against-                    MEMORANDUM AND ORDER
                                       09-CV-4150(JS)(ETB)

NASSAU COUNTY MEDICAL STAFF, ET AL.,

                Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:      Harry L. McCray, Pro Se
                    1036 NE 1st Avenue
                    Gainesville, FL 32601

For Defendants:     No appearances

SEYBERT, District Judge:

        By Memorandum and Order dated December 28, 2009, the Court dismissed the pro se Complaint of Harry L. McCray ("Plaintiff") and granted him thirty (30) days to file an Amended Complaint. The Court warned Plaintiff that the failure to submit an Amended Complaint within that time period will result in dismissing his Complaint with prejudice, and the case being closed.

        Pursuant to the December 28, 2009 Memorandum and Order, Plaintiff's Amended Complaint was due by January 27, 2010. To date, Plaintiff has not filed an Amended Complaint or otherwise communicated with the Court. Given Plaintiff's failure to timely file an Amended Complaint, the Complaint is dismissed with prejudice. The Clerk of the Court is directed to close this case.

                                  SO ORDERED.


                                /s/ JOANNA SEYBERT
                                Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
          March 9, 2010